Name and address:
Robert R. Powell
Law Office of Robert R. Powell
925 West Hedding Street
San Jose, California 95126

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| PRESLIE HARDWICK | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV13-1390 JLS (ANx) |
| v. | |
| COUNTY OF ORANGE, et al., | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

Preslie Hardwick    ☒ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute  Robert R. Powell _____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Law Office of Robert R. Powell - 925 West Hedding Street
*Street Address*

San Jose, California 95126                    rpowell@rrpassociates.com
*City, State, Zip*                             *E-Mail Address*

(408) 553-0200              (408) 553-0203                159747
*Telephone Number*           *Fax Number*                  *State Bar Number*

as attorney of record instead of  Shawn A. McMillan
                                  *Present Attorney*

is hereby   ☒ GRANTED      ☐ DENIED


Dated   SEP 2 5 2014                         **JOSEPHINE L. STATON**

                                             U. S. District Judge/~~U.S. Magistrate Judge~~


G-01 ORDER (06/13)          ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY