JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:13-cv-1390-JLS-ANx  Date: February 10, 2017
Title: Preslie Hardwick v. County of Orange, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                           Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY NO JOINT STATUS REPORT HAS BEEN FILED (Doc. 78)**

On April 15, 2015, the Court issued an order staying proceedings pending resolution of Defendants' interlocutory appeal. (Order, Doc. 78.) In that order, the Court directed the parties to file a joint status report within ten days of the appeal's resolution. (*Id.*) The Ninth Circuit issued its opinion on January 3, 2017, and it issued its formal mandate on January 25, 2017. (Opinion, Doc. 86; Mandate, Doc. 87.) The Court has yet to receive a joint status report from the parties.

The Court therefore ORDERS the parties to show cause, in writing, **within five (5) days** of the date of this Order why no joint status report has been filed in this action. The filing of a joint status report shall be deemed a satisfactory response to this Order to Show Cause.

Initials of Preparer: tg