FILED
CLERK, U.S. DISTRICT COURT

JUN - 5 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESLIE HARDWICK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE, et al.,<br><br>　　　　Defendants. | Case No: SACV 13-1390 JLS(ANx)<br><br>**VERDICT FORM** |

　　　WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

**Question 1:**

Did either defendant named below violate the rights of plaintiff with regard to the hearing held February 17th, 2000?

      YES   NO

Marcie Vreeken  _____   __X__

Elaine Wilkins   _____   __X__

If you answered "yes" to either defendant, proceed to Question 2. If you answered "no" to both defendants, skip to Question 3.

**Question 2:**

Did Helen Dwojak violate the rights of plaintiff in her supervisory role over either Marcie Vreeken or Elaine Wilkins, with regard to the hearing held February 17th, 2000?

    YES _____  NO _____

Whether you answered "Yes" or "No" to Question 2, go to Question 3.

**Question 3:**

Did defendant Marcie Vreeken violate the rights of plaintiff with regard to the hearing held March 31st, 2000?

  YES _____  NO __X__

If you answered "yes" proceed to Question 4. If you answered "no" to this Question and "yes" to either defendant in Question 1, skip to Question 5. If you answered "no" to this Question and "no" in Question 1 as to all defendants, skip

to the end, and sign and date this form.

**Question 4:**

Did Helen Dwojak violate the rights of plaintiff in her supervisory role over defendant Marcie Vreeken, with regard to the hearing held March 31st, 2000?

YES ____    NO ____

Whether you answered "yes" or "no" to Question 4, go to Question 5.

**Question 5:**

If you answered "yes" to any defendant in Question 1, Question 2, Question 3, or Question 4, as to that specific defendant, what is the amount of past and future emotional harm damages appropriate to fairly compensate the Plaintiff for any injury or harm?

|                 | Past Emotional Harm | Future Emotional Harm |
|-----------------|---------------------|-----------------------|
| Marcie Vreeken  | $_____        | $_____          |
| Elaine Wilkins  | $_____        | $_____          |
| Helen Dwojak    | $_____        | $_____          |

If you gave an amount for damages in excess of $1 as to an individual defendant, for that defendant you do not need to answer Question 6. If you did not give an amount for damages as to a defendant, for that defendant, answer Question 6.

**Question 6:**

If you found in favor of the plaintiff against a defendant, but found that the plaintiff failed to prove damages as to that defendant, please enter the amount of nominal damages awarded to plaintiff for that defendant. Nominal damages may not exceed one dollar.

Marcie Vreeken    $_____

Elaine Wilkins    $_____

Helen Dwojak     $_____

**Question 7:**

If you answered "yes" as to any defendant in response to Question 1, Question 2, Question 3, or Question 4, then as to that defendant, has the plaintiff proved by a preponderance of the evidence that the defendant acted with malice, oppression, or in reckless disregard of any of the plaintiff's rights?

                         YES          NO

Marcie Vreeken    _____    _____

Elaine Wilkins    _____    _____

Hele Dwojak      _____    _____

Dated: June 5, 2017    Signed: _____
                                                Foreperson