ROBERT R. POWELL, ESQ.   CSB# 159747
POWELL & ASSOCIATES
925 West Hedding Street
San Jose, California 95126
T: (408) 553-0200 F: (408) 553-0203
E: rpowell@rrpassociates.com

DENNIS R. INGOLS, ESQ.   CSB# 236458
LAW OFFICE OF DENNIS R. INGOLS
111 North Market Street, Suite 300
San Jose, California 95113
T: (408) 601-0126
E: dennis@ingolslaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Southern Division – Santa Ana)

| | |
|---|---|
| PRESLIE HARDWICK,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF ORANGE, et al.,<br><br>　　　　　　　Defendants. | Case No. SACV 13-1390 JLS (ANx)<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR NEW TRIAL<br><br>Hearing Date: August 18, 2017<br>Hearing Time: 2:30 p.m.<br>Courtroom: 10A<br>Judge: Hon. Josephine L. Staton |

//

//

1

Plaintiff's Notice of Motion and Motion for New Trial
Hardwick v. County of Orange
U.S. District Court – Central District
Case No. SACV 13-1390 JLS (ANx)

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on August 18, 2017 at 2:30 p.m. in Courtroom 10A of the above-entitled court, Plaintiff Preslie Hardwick hereby moves the court for an order granting a new trial on all issues. This motion is based upon Federal Rules of Civil Procedure Rule 59, and on the grounds that the verdict is against the clear weight of the evidence and that the misconduct of defense counsel warrants a new trial.

This motion is based on this notice, the concurrently filed memorandum of points and authorities, and declaration of Plaintiff's counsel and exhibits lodged with the Court, on the records, including trial exhibits and court transcripts in this action, and on such other and further argument and proof as shall be presented to this Court at the time of hearing.

**RESPECTFULLY SUBMITTED,**

Dated: July 5, 2017

\_\_\_/S/ Robert R. Powell_____
ROBERT R. POWELL, ESQ.
Attorney for Plaintiffs

2

Plaintiff's Notice of Motion and Motion for New Trial
Hardwick v. County of Orange
U.S. District Court – Central District
Case No. SACV 13-1390 JLS (ANx)