# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

PRESLIE HARDWICK

V.

COUNTY OF ORANGE, et al.

Case Number: 8:13-CV-1390-JLS-ANx

Judgment was entered in this action on __June 7, 2017__ / __167__ against __PLAINTIFF, PRESLIE HARDWICK__.
                                                 Date            Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount | Struck |
|---|---|---|
| Filing fees: see L.R. 54-3.1 | | |
| Fees for service of process: see L.R. 54-3.2 | | $3,982.78 |
| United States Marshal's fees: see L.R. 54-3.3 | | |
| Reporter's transcripts: see L.R. 54-3.4 | | |
| Depositions: see L.R. 54-3.5  - $2,033.75 (video costs), - $363.00 (rough drafts), and - $292.00 (expediting fees) | $4,901.00 | $7,589.75 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | | $1,276.30 |
| Interpreter's and translator's fees: see L.R. 54-3.7 | | |
| Docket fees: see L.R. 54-3.8 | | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 per objection | $636.84 | $39,339.89 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | | |
| Other Costs: see L.R. 54-3.12 (attach court order) | | |
| State Court costs: see L.R. 54-3.13 | | |
| Costs on appeal: see L.R. 54-4 | | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | | |
| **TOTAL** | **$10,796.92** | **$52,188.72** |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

☑ The Court's CM/ECF System
☐ Conventional service by first class mail
☐ Other _____

_[signature]_
Signature

Pancy Lin
Print Name

Attorney for: Defendants County of Orange, et al.

Costs are taxed in the amount of $10,796.92.

KIRY K. GRAY
Clerk of Court

By: _[signature]_ Jeanne C. Wanlass
Deputy Clerk  Jeanne C. Wanlass

August 24, 2017
Date